IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR125 |
| | ) | |
| JOHNNY ODELL REED, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the following is set for hearing on **May 18, 2007 at 1:00 p.m.** before Magistrate F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Bond Hearing

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   Dated this 17th day of May, 2007.

>                     BY THE COURT:
>
>                     s/ F.A. Gossett
>                     United States Magistrate Judge