IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR125 |
| JOHNNY ODELL REED, | ) ) | **ORDER** |
| Defendant. | ) ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the Order Setting Conditions of Release [24] is amended to provide that the defendant is ordered released on **May 29, 2007.**

Dated this 21st day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge