# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR125** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOHNNY O'DELL REED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [31] of Michael L. Smart for leave to withdraw as counsel for the defendant due to the fact that defense counsel has accepted employment with the Federal Public Defender in Iowa.

**IT IS ORDERED:**

1.   The Motion to Withdraw [11] is granted, and the appearance of Michael L. Smart is hereby deemed withdrawn.

2.   That **Michael D. Nelson**  is appointed as attorney of record for the above-named defendant.

3.   That the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4.   Counsel **Michael D. Nelson** is ordered to contact the undersigned regarding the status of the Change of Plea hearing currently scheduled for June 28, 2007 at 2:00 p.m.

**DATED June 12, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**