# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHNNY ODELL REED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the sentencing (Filing No. 47) in light of the U.S. Sentencing Commission's amendments to the sentencing guidelines due to take effect on November 1, 2007.

The Court will address the issue raised by the amendments as a motion for downward departure or deviation, and therefore the motion is denied.

IT IS ORDERED that the Defendant's motion to continue the sentencing (Filing No. 47) is denied.

DATED this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge