AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR125 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 21512-047 |
| | ) | |
| JOHNNY ODELL REED | ) | DAVID R. STICKMAN |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 9/18/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 70 months is reduced to 60 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level: __25__      Amended Offense Level: __23__
    Criminal History Category: __III__      Criminal History Category: __III__
    Previous Guideline Range: __70__ to __87__ months      Amended Guideline Range: __60__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓    The reduced sentence is within the amended guideline range.

☐    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐    Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated September 18, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 12th day of June, 2008
Effective Date: Thursday, June 26, 2008

                                                    s/ Laurie Smith Camp
                                                    United States District Judge